# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WESTLEY RETZLER,** *et al.,* : | |
|     **Plaintiffs,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-CV-1256** |
| : | |
| **MCDONALDS #35988,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 10th day of March, 2020, upon consideration of Plaintiff Westley Retzler's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion to Appoint Counsel (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for want of subject matter jurisdiction.

4. The Motion to Appoint Counsel is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

                                                      **BY THE COURT:**

                                                    **Berle M. Schiller, J.**